## UNITED STATES TERRITORY OF MICHIGAN
### *versus* DAVID GWYNNE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion for nolle prosequi overruled *p. 165; (2) nolle prosequi *p. 299.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) bond for habeas corpus and certiorari; (3) writ of habeas corpus; (4) writ of certiorari; (5) transcript of county court record; (6) sheriff's bill of fees. *1821 Calendar,* MS p. 37.

## WARREN HOWARD *versus* WILLIAM BROWN AND ABRAHAM EDWARDS, COMMISSIONERS OF WAYNE COUNTY

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Motion for mandamus *p. 165; (2) motion for mandamus granted *p. 217-i; (3) rule to return mandamus *p. 388; (4) order for judgment for costs *p. 444.

PAPERS IN FILE: (1) Affidavit of Warren Howard; (2) writ of mandamus and return; (3) copy of writ of mandamus and proof of service; (4) draft of writ of mandamus; (5) extract from records of county commissioners. *1822–23 Calendar,* MS p. 3.